

August 19, 2025

Hon. Judge Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application **GRANTED**. The initial pretrial conference is **ADJOURNED** to **September 23, 2025, at 3:30 pm**. The pre-conference submissions are due **September 16, 2025**. So Ordered.
>
> Dated: August 19, 2025
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE: **AUSTIN v. AH 43 INC., et al.**
     **DOCKET NO. 1:25-cv-5592**

Dear Judge Schofield:

    The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for August 26th (Doc. 7). This request for an adjournment is made jointly by the appearing parties.

    The parties request an adjournment because counsel for Defendant AH 43 Inc. only appeared on August 15, and the parties have not yet conducted a Rule 26(f) conference or completed the required pre-conference submissions. Accordingly, the undersigned respectfully requests a 30-day adjournment of the conference.

    I thank the Court for its time and consideration on this matter.

                                     Respectfully,

                                     /s/ Gabriel A. Levy