**J. John Kim**
Member of the Firm
jkim@pashmanstein.com
Direct: 201.270.5470



September 3, 2025

**VIA NYSCEF**
Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>           Re:    **Austin v. Stanford New York LLC et al.**
>                  **Civil Action No. 1:25-cv-5592**

Dear Judge Schofield:

The undersigned represents defendant Stanford New York LLC in the above-captioned matter. The initial conference for this matter was just re-scheduled for October 7, 2025, because I have a trial proceeding in another matter on the previously scheduled date. Unfortunately, I now also have a second trial scheduled to begin on October 6, 2025, in the Superior Court of New Jersey for a matter captioned *Kim v. Dream USA Unlimited Corp. et al.*, Docket No. BER-L-317-23. That trial is expected to last approximately two weeks, and I will regretfully be unable to appear for this initial conference on October 7, 2025. As I am lead trial counsel for this matter, I am also unable to obtain coverage from another attorney from my office.

I have conferred with opposing counsel, and all lead counsel are available for the initial conference on October 20th, October 21st, October 22nd, October 23rd, October 27th, October 29th, or October 31st instead. I respectfully request that the initial conference be adjourned again to one of those dates if the Court is amenable and available and that I continue to be permitted to appear virtually for the conference as am I located outside of New York.

Thank you for your attention and courtesies in this matter.

>                                          Respectfully submitted,
>                                          /s/ J. John Kim
>                                                 J. John Kim

cc: All Counsel (via CM/ECF)

Court Plaza South          Phone: 201.488.8200
21 Main Street, Suite      Fax: 201.488.5556
200                        www.pashmanstein.com
Hackensack, NJ 07601