**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

PATRICK AUSTIN,                                              Civil Action No.

              Plaintiff,                                1:25-cv-5592

          -against-

AH43 INC. d/b/a BAR/CODE NYC                    **JOINT STIPULATION OF**
and STANFORD NEW YORK LLC,                      **DISMISSAL WITH PREJUDICE**

            Defendants.

_____x

Plaintiff, Patrick Austin, and Defendants, AH43 Inc. d/b/a Bar/Code NYC and Stanford New York LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

       Dated: September 29, 2025

By: _____*Gabriel Levy*_____                    By: _____

     Gabriel A. Levy, Esq.                          Younghoon Ji, Esq.
     *Attorney for Plaintiff*                        *Attorneys for Defendant AH 43 Inc.*
     Gabriel A. Levy, P.C.                          AHNE & JI, LLP
     1129 Northern Blvd, Ste 404                    45 East 34th Street, Ste 5th Floor
     Manhasset, NY 11030                            New York, NY 10016
     T: 347-941-4715                                T : 212-594-1035
     Glevy@glpcfirm.com                             Yji@ahnejillp.com

By: _____*J. John Kim*_____

     Jaeyoun John Kim, Esq.
     *Attorneys for Defendant Stanford New York LLC*
     Pashman Stein Walder Hayden, P.C.
     Court Plaza South
     21 Main Street, Suite 200
     Hackensack, NJ 10036
     T : 201-270-5470
     Jkim@chadbourne.com